# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-1885
LT Case No. 2019-CF-009216-A

———————————————

CLEO BENTLEY

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Jonathan D. Sacks, Judge.

Matthew J. Metz, Public Defender, and John M. Selden, Chief,
Appellate Division, Assistant Public Defender, Daytona Beach,
for Appellant.

James Uthmeier, Attorney General, and Julian E. Markham,
Assistant Attorney General, Tallahassee, for Appellee.


September 30, 2025


PER CURIAM.

    AFFIRMED.


EISNAUGLE, SOUD, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____